UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSHANE MORRIS, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>                                    Plaintiff,<br><br>           -against-<br><br>LASERSHIP, INC.,<br><br>                                    Defendant. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**<br><br>Docket No.:<br>1:19-CV-07196-RRM-RER |

**IT IS HEREBY STIPULATED AND AGREED**, by and among all parties in the above-captioned action, through their undersigned counsel, that in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action is dismissed in its entirety <u>without</u> prejudice and without costs or attorneys' fees to any party.

Dated: December 2, 2020
         Garden City, New York

| | |
|---|---|
| **BORRELLI & ASSOCIATES, P.L.LC.** | **JACKSON LEWIS P.C.** |
| By: _____/s/_____ | By: _____/s/_____ |
|     Matthew J. Farnworth, Esq. |     Felice Ekelman, Esq. |
|     910 Franklin Avenue, Suite 200 |     666 Third Avenue, 29th Floor |
|     Garden City, New York 11530 |     New York, New York 10017 |
|     (516) 248-5550 |     (212) 545-4000 |
|     *Attorneys for Plaintiffs* |     *Attorneys for Defendant* |

SO ORDERED:

_____
The Honorable Ramon E. Reyes
United States Magistrate Judge for the
Southern District of New York

1